UNITED STATES of America, Plaintiff–Appellee,

v.

Cesar Augusto Enriquez OSORIO, Defendant–Appellant.

No. 06–16214

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

July 2, 2007.

Angela B. Wright, Tampa, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Angela B. Wright, appointed counsel for Cesar Augusto Enriquez Osorio in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Enriquez Osorio's convictions and sentences are **AFFIRMED.**